IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JILINA A. GONZALEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 10-1181 |
| | ) | |
| PATRICK R. DONAHOE, | ) | CHIEF JUDGE GARY L. LANCASTER |
| Postmaster General of the | ) | |
| United States Postal Service,[1] | ) | Electronically filed |
| | ) | |
| Defendant. | ) | |

### ORDER OF COURT

AND NOW, this 25 day of _April_, 2011, upon consideration of Defendant's Partial Motion to Dismiss Plaintiff's First Amended Complaint or, in the Alternative, Motion for Partial Summary Judgment, and upon further consideration of any response thereto,

IT IS HEREBY ORDERED that defendant's motion is **GRANTED** and that plaintiff's retaliation claims based on wrongful termination and constructive discharge as set forth in paragraphs 54-66 of her First Amended Complaint are hereby **DISMISSED WITH PREJUDICE**.

_____, J.

cc:   All counsel of record

---

[1] On December 6, 2010, Patrick R. Donahoe succeeded John E. Potter as Postmaster General of USPS. Thus, under Rule 25(d)(1) of the Federal Rules of Civil Procedure, Mr. Donahoe is automatically substituted for Mr. Potter as the party defendant in this case.