IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILINA A. GONZALEZ, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 10-1181 |
| | ) |
| PATRICK R. DONAHOE, | ) CHIEF JUDGE GARY L. LANCASTER |
| Postmaster General of the | ) |
| United States Postal Service,[1] | ) Electronically filed |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby stipulated and agreed to by and between the respective parties that the above-captioned case be dismissed with prejudice, each party to bear his or her own costs, and the Court may enter an Order accordingly, notice by the Clerk being hereby waived.

Respectfully submitted,

| | |
|---|---|
| LAW OFFICES OF NEAL A. SANDERS | DAVID J. HICKTON |
| | United States Attorney |
| s/ Neal A. Sanders | s/ Megan E. Farrell |
| NEAL A. SANDERS | MEGAN E. FARRELL |
| 1924 North Main Street Extension | Assistant U.S. Attorney |
| Butler, PA 16001 | Western District of PA |
| (724) 282-7771 | 700 Grant Street, Suite 4000 |
| | Pittsburgh, PA 15219 |
| Counsel for plaintiff Jilina A. Gonzalez | (412) 894-7429 |
| | |
| | Counsel for defendant |

Dated: May 22, 2012

---

[1] On December 6, 2010, Patrick R. Donahoe succeeded John E. Potter as Postmaster General of USPS. Thus, under Rule 25(d)(1) of the Federal Rules of Civil Procedure, Mr. Donahoe is automatically substituted for Mr. Potter as the party defendant in this case.

## ORDER

AND NOW, this 29th day of May, 2012, IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

cc:   All counsel of record